JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 904 -- In re "Asta Medica, S.A., et al./Pfizer, Inc., and Deponents" Subpoena Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/09/17 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- filed by Pfizer, Inc., Dagra BV, Laboratoires Sarget, S.A., and Napp Laboratories, Ltd., for transfer of actions (A-1 thru A-5) w/cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: D. Maine or N.D. Illinois -- SUGGESTED TRANSFEREE JUDGE: Judge Cohen (Maine) or Judge Grady (N.D.Ill.) (ds) |
| 91/09/27 | | APPEARANCES -- ZACKARY SHIMER, ESQ. for In re Application of Asta medica, S.A., et al. and JOSEPH A. TATE, ESQ. for Pfizer, Inc., Irving Maurice Goldman, Barry Malcolm Bloom, Herman Faubl, David W. Moriarty, Jr. and Thomas Mott Brennan (ds) |
| 91/10/07 | 2 | RESPONSE -- (to pldg. #1) Asta Medica, S.A., et al. -- w/cert. of svc. (rh) |
| 91/10/15 | 3 | REPLY -- Pfizer, Inc. and Pfizer Deponents in all actions -- w/cert. of svc. (rh) |
| 91/10/18 | | HEARING ORDER -- setting motion to transfer for Panel Hearing on November 22, 1991 in West Palm Beach, Florida -- Notified involved clerks, Judges and counsel (srg) |
| 91/11/22 | | HEARING APPEARANCES (for Panel Hearing in West Palm Beach, Florida on 11/22/91) -- JOSEPH A. TATE, ESQ. for Pfizer, Inc., Irving Goldman, Barry Bloom, Herman Faubl, Thomas Brennan and David Moriarty, Jr., ZACHARY SHIMER, ESQ. for Asta Medica, Dagra BV, Laboratoires Sarget, S.A. and Napp Laboratories, Ltd. (kac) |
| 91/12/16 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the District of Maine to the Hon. D. Brock Hornby for pretrial proceedings (rh) |
| 91/12/16 | | TRANSFER ORDER -- Transferring A-2 thru A-5 to the District of Maine pursuant to 28 U.S.C. §1407 -- Notified involved jduges, clerks, counsel, panel judges and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 904 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE "ASTA MEDICA, S.A., ET AL./PFIZER, INC., AND DEPONENTS" SUBPOENA LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| November 22, 1991 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 12/16/91 | TO | Unpublished | D. Maine | Hon. D. Brock Hornby | |

### Special Transferee Information

DATE CLOSED: 3/31/93

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 904 -- In re "Asta Medica, S.A., et al./Pfizer, Inc., and Deponents" Subpoena Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | In re Application of Asta Medica, S.A., et al. v. David W. Moriarty, Jr. | Maine Cohen | ~~91-139-P~~ 91-328-P | NTN | --- | 3/31/93 D | |
| A-2 | In re Application of Asta Medica, S.A., et al. v. Herman Faubl | Ill., N. Grady | 91-C-4573 | 12-16-91 | 92-0006 | 3/31/93 D | |
| A-3 | In re Application of Asta Medica, S.A., et al. v. Thomas Mott Brennan | Cal., N. Walker | 91-0112 | 12-16-91 | 92-0007 | 3/31/93 D | |
| A-4 | In re Application of Asta Medica, S.A., et al. v. Pfizer, Inc., et al. | N.Y., S. unassigned | M-19-70 | 12-16-91 | 92-0008 | 3/31/93 D | |
| A-5 | In re Application of Asta Medica, S.A., et al. v. Barry Malcolm Bloom, et al. | Conn. Eginton | 5-91-00052 X | 12-16-91 | 92-0009 | 3/31/93 D | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 904 -- In re "Asta Medica, S.A., et al./Pfizer, Inc., and Deponents" Subpoena Litigation

========================================================================

IN RE APPLICATION OF ASTA MEDICA,
S.A., ET AL. (A-1 thru A-5 )
Zackary Shimer, Esquire
Chadbourne & Parke
30 Rockefeller Plaza
New York, NY  10112

PFIZER, INC.
IRVING MAURICE GOLDMAN
BARRY MALCOLM BLOOM
HERMAN FAUBL
DAVID W. MORIARTY, JR.
THOMAS MOTT BRENNAN
Joseph A. Tate, Esq.
Dechert, Price & Rhoads
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 904 -- In re "Asta Medica, S.A., et al./Pfizer, Inc., and Deponents" Subpoena Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| David W. Moriarty, Jr. | A-1 |
| Hermann Faubl | A-2 |
| Thomas Mott Brennan | A-3 |
| Pfizer, Inc. | A-4 |
| Irving Maurice Goldman | A-4, A-5 |
| Barry Malcolm Bloom | A-5 |