JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DEC 16 91

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 904

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE "ASTA MEDICA, S.A., ET AL./PFIZER, INC., AND DEPONENTS" SUBPOENA LITIGATION

BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN, MILTON POLLACK, LOUIS H. POLLAK, HALBERT O. WOODWARD, ROBERT R. MERHIGE, JR., AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL

## TRANSFER ORDER

This litigation presently consists of five actions pending in five federal districts: one action each in the District of Maine, the Northern District of Illinois, the Northern District of California, the Southern District of New York and the District of Connecticut. Before the Panel is a motion by Pfizer Inc. (Pfizer) and five of its present or former employees to centralize the actions, pursuant to 28 U.S.C. §1407, in the District of Maine or the Northern District of Illinois for coordinated or consolidated pretrial proceedings. Four foreign corporate entities (the applicants) have submitted a response in support of Section 1407 centralization in the Southern District of New York.

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that transfer under Section 1407 to the District of Maine will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All five actions involve parallel applications for subpoenas by the same four applicants under 28 U.S.C. §1782. Motions to quash the subpoenas filed in all five actions raise common factual questions relating to the foreign litigation that forms the basis for the applications and the permissibility in the foreign litigation of the discovery sought through the subpoenas. Centralization under Section 1407 is thus desirable in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

None of the three forums suggested by the parties as potential transferee districts could be characterized as the center of gravity for this litigation. On balance, however, we are persuaded that the District of Maine is the appropriate transferee forum. We note that the action pending in the District of Maine is the most advanced of the five actions in this litigation.

- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the District of Maine be, and the same hereby are, transferred to the District of Maine and, with the consent of that court, assigned to the Honorable D. Brock Hornby for coordinated or consolidated pretrial proceedings with the action listed on Schedule A and pending in that district.

*FOR THE PANEL:*

*John F. Nangle*
*Chairman*

## *SCHEDULE A*

### MDL-904 -- IN RE "ASTA MEDICA, S.A., ET AL./PFIZER, INC., AND DEPONENTS" SUBPOENA LITIGATION

#### District of Maine

In re Application of Asta Medica, S.A., et al. v. David W. Moriarty, Jr., C.A. No. 91-328-P

#### Northern District of Illinois

In re Application of Asta Medica, S.A., et al. v. Herman Faubl, C.A. No. 91-C-4573

#### Northern District of California

In re Application of Asta Medica, S.A., et al. v. Thomas Mott Brennan, C.A. No. 91-0112-Misc.

#### Southern District of New York

In re Application of Asta Medica, S.A., et al. v. Pfizer, Inc., et al., C.A. No. M-19-70

#### District of Connecticut

In re Application of Asta Medica, S.A., et al. v. Barry Malcolm Bloom, et al., C.A. No. 5-91-00052 X